IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT W. MIXON,
    Petitioner,

vs.                                        CASE NO.: 3:04cv415/RV/MD

DONALD BAUKNECHT, WARDEN,
    Respondent.

## REPORT AND RECOMMENDATION

    Petitioner filed a petition for writ of habeas corpus and paid the filing fee. Petitioner was advised that his petition was deficient and ordered to file an amended petition (doc. 3). Petitioner filed amended and second amended petitions (docs. 4 & 6) and they were again found to be deficient. Petitioner was given another opportunity to correct the deficiencies in his petitions (doc. 7) but failed to do so and was given ten days to show cause why this case should not be dismissed (doc. 8). To date, there has been no response from petitioner.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be dismissed with prejudice for petitioner's failure to comply with an order of this court and failure to prosecute this action.

    At Pensacola, Florida, this 26th day of April, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).