## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**ALBERT W. MIXON,**
      **Petitioner,**

**vs.**                                 **CASE NO.: 3:04cv415/RV/MD**

**DONALD BAUKNECHT, WARDEN,**
      **Respondent.**
_____/

## O R D E R

      **This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 26, 2005.  The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.**

      **Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.**

      **Accordingly, it is now ORDERED as follows:**

      **1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

      **2.    This case is dismissed with prejudice for petitioner's failure to comply with an order of this court and failure to prosecute this action.**

      **DONE AND ORDERED this 31st day of May, 2005.**

                          **/s/** _Roger Vinson_
                          **ROGER VINSON**
                          **SENIOR UNITED STATES DISTRICT JUDGE**